```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 15444
   BRUCE B CHRISTENSEN
   LEANNA L CHRISTENSEN                         CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-1161    SSN XXX-XX-3309

-----------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 06/16/2008 and was not confirmed.

     The case was dismissed without confirmation 10/01/2008.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
-----------------------------------------------------------------------------
HSBC                       UNSECURED             594.79         .00          .00
NORTHWEST COMMUNITY HOSP   UNSECURED          NOT FILED         .00          .00
ALEXIAN BROTHERS MED CEN   UNSECURED          NOT FILED         .00          .00
WELLS FARGO HOME MORTGAG   CURRENT MORTG          .00           .00          .00
WELLS FARGO HOME MORTGAG   MORTGAGE ARRE      25828.00          .00          .00
ARGENT HEALTHCARE FINANC   UNSECURED          NOT FILED         .00          .00
NORTHWEST SUBURBAN SURGE   UNSECURED          NOT FILED         .00          .00
WELLS FARGO BANK NA        NOTICE ONLY            .00           .00          .00
ROUNDUP FUNDING LLC        UNSECURED             505.22         .00          .00
HSBC                       UNSECURED             403.50         .00          .00
HSBC                       UNSECURED             359.46         .00          .00
HSBC                       UNSECURED             576.94         .00          .00
ROBERT M KAPLAN            DEBTOR ATTY            .00                        .00
TOM VAUGHN                 TRUSTEE                                           .00
DEBTOR REFUND              REFUND                                            .00

          Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                            .00
DEBTOR REFUND                                   .00
                       ---------------     ---------------
TOTALS                     .00                  .00
```

          PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 15444 BRUCE B CHRISTENSEN & LEANNA L CHRISTENSEN

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE